# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| REFRESCO BEVERAGES US INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:20-cv-00181-CDL |
| v. ) | |
| ) | |
| CALIFORMULATIONS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER SETTING THE GREEN ORGANIC DUTCHMAN HOLDINGS LTD.'S ANSWER DEADLINE

Defendant The Green Organic Dutchman Holdings Ltd. ("TGOD") has filed a renewal of its motion to dismiss for lack of personal jurisdiction, and in the alternative, on the merits [ECF No. 54]. All parties consent that the Court should set TGOD's answer deadline for a date after the Court makes a substantive ruling on TGOD's renewed motion to dismiss. Upon due consideration, the Court hereby ORDERS that if the Court denies TGOD's renewed motion to dismiss, TGOD's answer and defenses to Plaintiff's complaint will be due 14 days after the Court's order ruling on the renewed motion to dismiss.

IT IS SO ORDERED, this 12th day of October, 2021.

S/Clay D. Land
Hon. Clay D. Land, U.S. District Judge