**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA**
(Columbus Division)

| | |
|---|---|
| REFRESCO BEVERAGES US INC.                )<br>                                                                         )<br>         Plaintiffs,                                            )<br>                                                                         )<br>v.                                                                     )         Civil Action No. 4:20-CV-181<br>                                                                         )<br>CALIFORMULATIONS, LLC, et al.           )<br>                                                                         )<br>         Defendant.                                          )<br>_____          ) | |

**ORDER GOVERNING THE REVIEW OF
CALIFORMULATIONS' BUSINESS MATERIALS**

The Court finds Plaintiff's proposal for reviewing Califormulations business materials to accomplish the purposes of Rule 26 while reasonably protecting confidential and proprietary information of Califormulations and the other Defendants. The Court finds Califormulations' position in support of its motion for protective order will unreasonably thwart the discovery requests of Plaintiff, which the Court finds seek relevant evidence and are proportionate to the needs of the case. Accordingly, Califormulations' motion for a protective order is denied, and the following procedure shall govern the review of Califormulations' Business Materials:

- Califormulations and the Individual Defendants shall produce to Refresco all responsive documents regarding their customers, prospects, vendors, suppliers, and operations.

- All responsive materials produced pursuant to this Order shall be designated as "Attorneys' Eyes Only."

- Refresco will agree not to initiate contact with any of these entities without first consulting with counsel for Califormulations and/or the Individual Defendants about the specific entity(s) Refresco is interested in speaking with or subpoenaing.

- If Califormulations and/or the Individual Defendants do not consent to Refresco contacting the entity(s), Refresco will file a Motion with the Court and will have the burden of showing why the discovery is legitimate and not being sought for an improper purpose. The response time for any such Motion shall be shortened to seven (7) days so that the Court can expeditiously address the matter and discovery may move forward.

- This procedure would apply only to information learned exclusively from discovery produced by Califormulations or the Individual Defendants.

- Califormulations need not produce any materials relating to clients to whom Califormulations sold only hand sanitizer.

IT IS SO ORDERED, this 8th day of February, 2022.

                                            S/Clay D. Land

                                            CLAY D. LAND
                                            U.S. DISTRICT COURT JUDGE
                                            MIDDLE DISTRICT OF GEORGIA