IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| REFRESCO BEVERAGES US, INC., | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO. 4:20-CV-181 (CDL) |
| CALIFORMULATIONS, LLC, *et al.*, | * | |
| Defendants. | * | |

O R D E R

At the October 11, 2022 hearing on the parties' motions to compel, the Court ordered Symrise Inc. to produce to Refresco Beverage US, Inc. "the formulas for beverages that fall into the category of those that [Refresco] claims were in the safe deposit box and were misappropriated or stolen." Hr'g Tr. 24:1-8, Oct. 11, 2022, ECF No. 208. The Court's intent, which should have been abundantly clear to everyone who attended the hearing, was for Symrise to produce its formulas that were created after the safe deposit box access incident so that Refresco could compare them to its own secret formulas of the type that were stored in the safe deposit box and determine whether they are substantially similar. *Id.* at 25:18-21 ("The whole point of this exercise would be for [Refresco] to compare their formulas to what Symrise has got, to see whether they're substantially similar, that your guys have stolen formulas."). The Court

permitted the parties to agree on a protocol for confidentially regarding the production of the formulas and related documents.

Refresco now represents—and Symrise does not dispute—that Symrise only produced "beverage specifications" that do not include the underlying formulas for the secret oils or flavors. Symrise asserts that it was only asked and ordered to produce "beverage formulas," not "flavor formulas," so that is what it produced. But the goal of Refresco's request was clear: to get Symrise's underlying formulas that are comparable to the secret oils formulas that Refresco kept in the safe deposit box so that Refresco's expert can determine whether Symrise misappropriated any of Refresco's secret formulas. The Court's order was likewise clear. Symrise must produce the underlying secret formulas for the secret oils or flavors that go into its beverage recipes—whether Symrise calls them "secret oils formulas" or "flavor formulas" or something else.

## CONCLUSION

For the reasons set forth above, the Court finds that Symrise disobeyed the Court's ruling at the October 11 hearing, so the Court grants Refresco's motion for sanctions (ECF No. 214). By December 19, 2022, Symrise shall produce the correct and complete formulas to Refresco. As a sanction for disobeying the Court's ruling at the October 11 hearing, Symrise shall pay the reasonable expenses, including attorney's fees, Refresco

incurred to bring the present motion. Failure to comply with this Order will result in further sanctions. Refresco shall file a short motion for expenses and attorney's fess, along with evidence of the fees and expenses associated with its motion for sanctions. That motion is due by January 4, 2023. The Court declines to amend the scheduling order.

In its briefing, Refresco noted that there may be a dispute about whether Refresco's expert should be permitted to review Symrise's formulas, even under the restrictive protocol to which the parties agreed. The Court reviewed the exhibits to Symrise's response brief, and this issue has been resolved. Symrise's counsel stated: "[I]n the spirit of cooperation, Symrise will not object to Dr. Bee for the limited purpose of reviewing the beverage formulas pursuant to the Order, but Symrise reserves all rights without prejudice to subsequently challenge her expertise and qualifications as an expert." Symrise's Resp. to Mot. for Sanctions Ex. B, Email from D. Cook to L. Hartford (Dec. 1, 2022, 9:05 PM), ECF No. 218-2 at 3. Thus, Refresco's expert shall be permitted to review the formulas Symrise has been ordered to produce in this Order.

IT IS SO ORDERED, this 12th day of December, 2022.

                                        S/Clay D. Land
                                        CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA